**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

In the Matter of the Care and Treatment of Calvin Joe Miller, Petitioner.

Appellate Case No. 2017-001362

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Greenville County
R. Lawton McIntosh, Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-008
Heard January 30, 2019 – Filed February 6, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted Calvin Joe Miller's petition for a writ of certiorari to review the Court of Appeals' decision to affirm Miller's commitment under the South Carolina Sexually Violent Predator Act.  *In re Care & Treatment of Miller*, Op. No. 2017-UP-137 (S.C. Ct. App. filed Apr. 5, 2017).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., HEARN, FEW, JAMES, JJ., and Acting Justice John D. Geathers, concur.**